■ AMEDEO EBARILLI et al., Respondents, v SHI SEN LI et al., Defendants, and CITY OF NEW YORK, Appellant. [932 NYS2d 377]—

Inasmuch as the defendant City of New York failed to meet its prima facie burden, the Supreme Court properly denied its motion for summary judgment dismissing the complaint insofar as asserted against it without considering the sufficiency of the plaintiffs' papers in opposition (*see Morales v County of Suffolk*, 82 AD3d 1184, 1185-1186 [2011]). Skelos, J.P., Balkin, Leventhal and Lott, JJ., concur.